UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| **KEVIN DEWIGHT HONESTY,** | : | Intent to Distribute 50 Grams or More of |
| **Defendant.** | : | Cocaine Base and 5 Kilograms or More of |
| | : | Cocaine); |
| | : | 18 U.S.C. §2113(a) and (d) |
| | : | (Armed Bank Robbery); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |
| | : | |
| | : | **Filed Under Seal** |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

From sometime in the mid-1980s and continuing thereafter up to and including sometime in 2001, within the District of Columbia, Maryland and elsewhere, **KEVIN DEWIGHT HONESTY,** did unlawfully, knowingly, and intentionally conspire, combine, confederate, and agree together with other co-conspirators known and unknown to the government:

(A) to unlawfully, knowingly, and intentionally distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii); and

(B) to unlawfully, knowingly, and intentionally possess with the intent to distribute and to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the quantity of said mixture and substance was five (5) kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

(Conspiracy to Distribute and to Possess With Intent to Distribute 50 Grams or More of Cocaine Base and 5 Kilograms or More of Cocaine, in violation of Title 21 United States Code, Sections 846)

## COUNT TWO

On or about July 19, 2002, in the District of Columbia, **KEVIN DEWIGHT HONESTY**, along with others known and unknown to the government, did assault and put in jeopardy, the life of a person by the use of a dangerous weapon in the commission of the offense of bank robbery, in that he, while armed with a firearm, by force and violence, did take from the person or presence of another money, namely approximately $11,956 belonging to, and in the care, custody, and control, management and possession of the SunTrust Bank, the deposits of which wre then insured by the Federal Deposit Insurance Corporation.

(**Armed Bank Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2113(a) and (d) and 2)

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar No. 451-058

BY: _____
Rachel Carlson Lieber
Assistant United States Attorney
D.C. Bar No. 456-491
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4820
Washington, D.C. 20850
(202) 353-8055
rachel.lieber@usdoj.gov