# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United Stated of America                        Criminal No.: 05-221

V                                               HHK

Kevin Honesty

## ORDER

This matter is before the Court on the defendant Kevin Honesty's application to have his current Attorney Charles F. Daum appointed as counsel in the above captioned case under the Criminal Justice Act. The Court having heard the representations of the defendant's attorney in open court and having reviewed the defendant's financial affidavit, now finds that there is good and sufficient reason to grant the defendant's request.

Accordingly, this 27th of June, 2005 it is Hereby ORDERED that Charles F. Daum shall be appointed counsel under the Criminal Justice Act to represent the defendant Kevin Honesty in the above captioned matter. The effective date of this appointment shall be October 1, 2004. A copy of this order shall be forwarded to the office of the Federal Public Defender in order that counsel's appointment shall be processed properly.

United States District Court Judge