<u>**UNDER SEAL**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Plaintiff, | ) | Crim No. 04-346 (HHK) |
| v. | ) | |
| **KEVIN HONESTY** | ) | |
| Defendant. | ) | |

**JOINT MOTION TO CONTINUE GUILTY PLEA HEARING**

Defendant, Kevin Honesty, through undersigned counsel, respectfully moves this Court to continue the presently scheduled guilty plea hearing in this case for 60 days. As grounds for this motion, counsel states:

1. The Defendant's guilty plea hearing is presently set for November 15, 2005.

2. As the Court will recall, the Defendant's case was transferred from the District of Maryland to this District pursuant to Rule 20 of the Federal Rules of Criminal Procedure. After the transfer, however, Mr. Honesty's previous counsel was removed from the case and undersigned counsel was appointed to represent the Defendant.

3. As of today's date, counsel for the Defendant has not completed his review of the discovery materials and plea agreement. The parties, therefore, are jointly requesting that the guilty plea hearing in this case be continued for sixty days.

4. The Government, per Assistant United States Attorney Rachel Lieber, joins in this request.

4. Counsel, therefore, requests a continuance of the guilty plea hearing in this case.

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

/s/
_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, ext. 118

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel for the government, AUSA Rachel Leiber, this 14th day of November, 2005.

/s/
_____
David W. Bos