UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>        v. )<br>         )<br>KEVIN HONESTY )<br>        Defendant. ) | Crim No. 04-346 (HHK) - 01<br>CRIM No. 05-221-01<br><br>Sealed |

### ORDER

Upon consideration of defendant's motion to continue the presently scheduled guilty plea hearing, it is this 15th day of November, 2005,

ORDERED that sentencing scheduled for November 15, 2005, be rescheduled to a date and/or a time that will be set by the Clerk of the Court _____, 2006 at _____ .m.

/s/ Henry Kennedy
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Rachel Lieber
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001