UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| | :   05-221 (HHK) |
| v. | : |
| | : |
| **KEVIN HONESTY** | : |
| **Defendant.** | : |

GOVERNMENT'S MOTION TO UNSEAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests this Court to unseal the docket in the above named criminal matter.

The government requests that the Court allow the docket to be unsealed and copies of all docket entries and commitments be made. The government respectfully requests this matter be unsealed because this defendant is also a defendant in a pending matter in U.S. District Court for Baltimore, Maryland.

WHEREFORE, it is respectfully requested that the Government's Motion to Unseal be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN
D.C. BAR NUMBER 451-058
UNITED STATES ATTORNEY

BY: _____

RACHEL CARLSON LIEBER
Assistant United States Attorney
Bar Number 456-491
555 4th Street, N.W. Room 4820
Washington, D.C. 20001
(202) 353-8055

Certificate of Service

    I hereby certify that a caused a copy of the foregoing motion to be mailed, first class mail, postage pre-paid, this 13nd day of JULY, 2006 to counsel for Kevin Honesty, David Bos, Esquire, 625 Indiana Avenue, N.W., Washington, D.C. 20004.

                                                             _____
                                                          Rachel Carlson Lieber