UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Cr. No: 05-221 (HHK)** |
| **v.** : | |
| : | |
| **KEVIN HONESTY** : | |
| **Defendant.** : | |

O R D E R

Upon consideration of the Government's Motion to Unseal the docket and copies of the all docket entries and commitments be made it is this _____ day of July 2006, hereby ORDERED.

_____
HENRY H. KENNEDY
United States District Court Judge