UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES          :
                       :
                       :   05-221 (HHK)
v.                     :
                       :
KEVIN HONESTY          :
Defendant.             :

### ORDER

Upon consideration of the Government's Motion to Unseal the docket and copies of the all docket entries and commitments be made it is this _17th_ day of July 2006, hereby ORDERED.

HENRY H. KENNEDY
United States District Court Judge

CC: Rachel Lieber
    David Bos